**THE TUROCI FIRM**
Todd L. Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone (888) 332-8362
Facsimile (866) 762-0618
mail@theturocifirm.com
Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CORP REALTY USA, LLC<br><br><br>Debtor and Debtor in Possession. | Case No. 9:18-bk-10741DS<br>Chapter: 11<br><br>**CHAPTER 11 STATUS REPORT**<br><br><u>**CASE MANAGEMENT CONFERENCE:**</u><br><br>Date:  07/17/2018<br>Time:  11:30 a.m.<br>Place:  Courtroom 201<br>         1415 State Street<br>         Santa Barbara, CA 93101 |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; OTHER CREDITORS AND PARTIES IN INTEREST:**

Corp Realty USA, LLC, the debtor and debtor in possession (the "Debtor") in the above-reference case, hereby files its Chapter 11 Status Report in connection with the upcoming chapter 11 case management conference.

**A.    A brief description of the Debtor's business and operations, if any, and the principal assets and liabilities of the estate.**

The Debtor is a Delaware Limited Liability Company owned by Edgard Meinhardt and Reinaldo Gonzalez. Each member owns 50% interest. The only asset of the Debtor is the real property located at 10936 Pacific View Drive, Malibu, California 90265 ("Property"). There are two mortgages that are secured by the Property. The first mortgage is owed about $2,408,399 and the second mortgage alleges it is owed about $946,497. Debtor recently obtained an appraisal and the market value of the Property is $9,500,000 as of June 6, 2018. A true and correct copy of the appraisal was filed with this Court on July 3, 2018 [Docket No. 31]. The net equity of the Property is approximately $6,145,104.

**B.    Brief answer to the following questions:**

    **1.    What precipitated the filing of this case?**

In late December 2017, the second lienholder contacted the first lienholder and paid the arrears. Shortly thereafter, the second lienholder recorded a Notice of Default against the Debtor and started the foreclosure process. The Debtor filed this bankruptcy to stop the foreclosure and allow it to reorganize its debts.

    **2.    What does the Debtor hope to accomplish in this case?**

The Debtor's intentions are to sell or refinance the Property and distribute the proceeds as soon as possible.

    **3.    What are the principal business and financial problems facing the Debtor and how does the Debtor intend to address these problems?**

Debtor is facing foreclosure. Debtor wishes to refinance or sell the Property in order to pay its debts in full.

    **4.    What are the main legal disputes facing the Debtor and likely to be encountered during this case, and how does the Debtor recommend that these disputes be resolved?**

This is a single asset real estate case. The court may grant relief from the automatic stay to a secured creditor unless the Debtor files a feasible plan of reorganization or begins making interest payments to the creditor within 90 days from the date of the filing of the case. Debtor anticipates making interest payments to the creditors until it can propose a confirmable chapter 11 plan.

Further, Debtor may have difficulty refinancing the Property. Should this occur, Debtor will sell the Property to satisfy the allowed claims to the maximum amount possible.

Lastly, Debtor is the plaintiff in a lawsuit against Cardenas Three. Cardenas Three is the junior lienholder on Debtor's Property. The Debtor is suing the Cardenas for fraud. Debtor alleges that the lender has retained close to 25% of the loan undisbursed to the Debtor by various scams and means. There may be a dispute in the claim amount owed to Cardenas. Debtor hopes to get to the bottom of this and have the opportunity to reorganize and propose a plan that can pay Cardenas in full.

5. **What is the Debtor's estimate regarding timing for confirmation of a plan?**

The Debtor anticipates filing and serving the disclosure statement and a plan of reorganization within 60 days.

6. **Is the Debtor a small business debtor as defined under 11 U.S.C. Section 101(51D)?**

This is not a small business case within the meaning is 11 U.S.C. section 101(51D).

7. **Is this case a single asset real estate case as contemplated in 11 U.S.C. Section 101(51B)?**

Although Debtor initially thought this was a single asset real estate case, it does not appear to meet the definition of 11 U.S.C. section 101(51B).

8. **Has the Debtor complied with all of its duties under 11 U.S.C. Sections 521, 1106, 1107, F.R.B.P. 1007 and all applicable guidelines of the Office of the United States Trustee?**

The Debtor is in compliance with all of its applicable statutory and guidelines of the Office of the United States Trustee ("OUST"). The Debtor submitted its 7-Day Package to the OUST. On May 25, 2018, the Debtor attended the Initial Debtor Interview at the OUST (the "IDI"). On June 14, 2018, the Debtor attended the section 341(a) Meeting of Creditors.

///
///
///

9.  Do any parties claim an interest in cash collateral of the Debtor? Is the debtor using cash that any party claims as its cash collateral, and if so, on what date did the Debtor obtain an order authorizing the use of cash or the consent of the party?

The Property does not generate any income so there is no cash collateral.

C. **The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which order were entered regarding such applications (if any), a general description of the services to be rendered by each such professional, and an estimate of the expected amount of compensation for each professional.**

A motion to employ The Turoci Firm as Debtor's bankruptcy counsel was filed on May 10, 2018 [Docket No. 5]. The motion was approved and an order authorizing the employment of The Turoci Firm was entered on June 4, 2018 [Docket No.21]. An estimate of the expected amount of compensation for The Turoci Firm can range between $20,000 to $30,000.

A motion to employ the Law Office of Alexandria C. Phillips as special counsel to continue the state court litigation was filed on June 18, 2018 [Docket No. 28]. The motion is pending. It is premature to determine the expected amount of compensation for the Law Office of Alexandria C. Phillips.

The Debtor anticipates filing a motion to employ Broker to assist it in possibly selling the Property. The Debtor anticipates 4-6% commission of the sale price as compensation.

To date, no other professionals have been employed. Debtor does not anticipate the need for any other professionals besides those listed above in this case.

D. **In operating cases, evidence regarding projected income, expenses, and cash flow for the first six months of the case and comparison to actual results for the 12 months preceding the filing of the case.**

The Debtor does not anticipate earning any income. The mortgages are paid by Edgard Meinhardt individually. The homeowner's insurance is paid through April 2019 and the property taxes are paid through November 2018. Repairs, maintenance, and utilities are paid by Edgard Meinhardt individually.

///

///

E. **Proposed deadlines for the filing of claims and objections to claims.**

The deadline for non-governmental units to file proofs of claim is August 10, 2018. The deadline for governmental units to file proofs of claim is November 6, 2018. The Notice of Bar Date was filed June 1, 2018 [Docket No. 19].

The Debtor proposes that objections to claims be filed within ninety (90) days after the effective date of any confirmed plan of reorganization or ninety (90) days after the actual bar date, whichever occurs later.

F. **A discussion of the unexpired leases and executory contracts to which the Debtor is a party, and the Debtor's intentions and a proposed timetable for addressing such leases and contracts.**

There are no executory contracts or unexpired leases.

G. **Whether the Debtor anticipates the sale of any estate assets by motion or in connection with a plan.**

If the Debtor is unable to refinance this Property, the Debtor anticipates selling it.

H. **A proposed deadline for the filing a disclosure statement and plan.**

The Debtor anticipates filing and serving the disclosure statement and a plan of reorganization within 60 days.

Dated: 7-3-2018

THE TUROCI FIRM

By: _____
Todd Turoci
Julie Philippi
Attorney for Debtor in Possession
Corp Realty USA, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **07/03/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey D Cawdrey    jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Coby Halavais    coby@halavaislaw.com
- Sejal Parmar    sparmar2@aissolution.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **07/03/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/03/2018 | Daisy Diaz | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**