Law Offices of
**KAREN L. GRANT**
State Bar No. 122084
924 Anacapa Street, Suite 1M
Santa Barbara, CA 93101
(805) 962-4413

Attorneys for Secured Creditor Cardenas Three LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Corp Realty USA LLC<br><br>Debtor. | CASE NO. 9:18-bk-10741-DS<br>(Chapter 11)<br><br>**NOTICE OF DEBTOR'S FAILURE TO MAKE ADEQUATE PROTECTION PAYMENT AND REQUEST FOR ENTRY OF ORDER GRANTING CARDENAS THREE LLC RELIEF FROM AUTOMATIC STAY; DECLARATIONS OF KAREN L. GRANT; NEFERTITI LONG IN SUPPORT**<br><br>**CONTINUED HEARING DATE:**<br>Date:   July 17, 2018<br>Time:   11:30 a.m.<br>Place:  1415 State St.<br>        Santa Barbara, CA 93101<br>        Courtroom 201<br>Judge:  Deborah Saltzman |

**Please Take Notice** that the Debtor Corp Realty USA LLC has failed to make an adequate protection payment to Secured Creditor Cardenas Three LLC ("Cardenas") by July 1, 2018 as ordered by this Court at the initial hearing on June 19, 2018 at 11:30 a.m. on the motion for relief from stay filed by Cardenas as a condition to the continuance of the hearing to the above referenced date and time.

As a result of such failure, Cardenas respectfully requests entry of an order by this Court granting Cardenas relief from the

automatic stay to proceed with its foreclosure proceedings against the Debtor's real property located at 10936 Pacific View Drive in Malibu, California 90265 ("the Real Property").

### GOOD CAUSE EXISTS TO GRANT IMMEDIATE RELIEF FROM STAY

1. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on May 10, 2018 ("Petition Date"). The Debtor is a debtor-in-possession and no trustee has been appointed.

2. On May, 24, 2018, Cardenas Three LLC ("Cardenas") filed a motion for relief to proceed with its foreclosure against the Real Property with a hearing date set for June 19, 2018 at 11:30 a.m. On June 15, 2018, BofI Federal Bank ("BofI"), the holder of the first deed of trust, filed its motion for relief from stay with a hearing set for July 17, 2018 at 11:30 a.m.

3. At the hearing on June 19, 2018, the Court continued the hearing on Cardenas' motion for relief from stay to July 17, 2018 at 11:30 a.m. conditioned on the Debtor making an adequate protection payment of $6,249.30 to Cardenas no later than July 1, 2018.

4. To date, Cardenas has not received any payment from the Debtor as mandated by the Court. As the continuance of Cardenas' motion for relief from stay was conditioned on such payment and the Debtor has failed to comply with that condition, Cardenas is entitled to immediate relief from the automatic stay.

5. Cardenas has demonstrated that it is not adequately protected by an equity cushion in the Real Property. Cardenas has recently received an updated appraisal from Bert Camp for the Real Property in which he revised his opinion of value after inspecting the interior of the property from $3,750,000 to $3,225,000. A copy

of the revised appraisal is attached as Exhibit "A" to the Supplemental Declaration of Bert Camp filed concurrently herewith. The debt against the Real Property totals in excess of $3,454,000 with the monthly mortgage payment to BofI accruing at $21,430.64. The Debtor has no income and has not made any payments to either BofI or Cardenas since the filing of this case.

DATED: July 6, 2018    LAW OFFICES OF KAREN L. GRANT

By: _____
Karen L. Grant
Attorneys for
Secured Creditor Cardenas Three LLC

**DECLARATION OF KAREN L. GRANT**

I, KAREN L. GRANT, state and declare as follows:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Central District of California, and am the attorney of record for the Debtor Rancho Arroyo Grande, LLC the Debtor and Debtor-in-Possession herein ("the Debtor").

2. I have personal knowledge of the matters set forth herein. If called as a witness in this action, I could and would testify competently to the matters contained herein from my personal knowledge or from information communicated to me in the ordinary course of business.

3. On May, 24, 2018, Cardenas Three LLC ("Cardenas") filed a motion for relief to proceed with its foreclosure against the Real Property with a hearing date set for June 19, 2018 at 11:30 a.m. On June 15, 2018, BofI Federal Bank ("BofI"), the holder of the first deed of trust, filed its motion for relief from stay with a hearing set for July 17, 2018 at 11:30 a.m.

3. At the hearing on June 19, 2018, the Court continued the hearing on Cardenas' motion for relief from stay to July 17, 2018 at 11:30 a.m. conditioned on the Debtor making an adequate protection payment of $6,249.30 to Cardenas no later than July 1, 2018. As the continuance of Cardenas' motion for relief from stay was conditioned on such payment and the Debtor has failed to comply with that condition, Cardenas is entitled to immediate relief from the automatic stay.

4. Cardenas has demonstrated that it is not adequately protected by an equity cushion in the Real Property. Cardenas has

recently received an updated appraisal from Bert Camp for the Real Property in which he revised his opinion of value after inspecting the interior of the property from $3,750,000 to $3,225,000. The recent motion for relief from stay filed by BofI indicates that the debt against the Real Property totals in excess of $3,454,000 with the monthly mortgage payment to BofI accruing at $21,430.64. The Debtor has not made any payments to either BofI or Cardenas since the filing of this case.  According to the Debtor's schedules and recent Status Reports filed in this case, the Debtor has no income.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this 6 day of July 2018, at Santa Barbara, California.



Karen L. Grant

**DECLARATION OF NEFERTITI LONG**

I, Nefertiti Long, state and declare as follows:

1.  I am an individual and the Chief Operating Officer of Alta Loma Enterprises, the manager of Cardenas Three LLC's interest in a second deed of trust against the Debtor's real property located at 10936 Pacific View Drive in Malibu, California 90265 ("the Real Property"). My business address is 12223 Highland Ave. Ste 105-553, Rancho Cucamonga, California 91739.

2.  I have personal knowledge of the matters set forth herein. If called as a witness in this action, I could and would testify competently to the matters contained herein from my personal knowledge or from information communicated to me in the ordinary course of business.

3.  On May, 24, 2018, Cardenas Three LLC ("Cardenas") filed a motion for relief to proceed with its foreclosure against the Real Property with a hearing date set for June 19, 2018 at 11:30 a.m. On June 15, 2018, BofI Federal Bank ("BofI"), the holder of the first deed of trust, filed its motion for relief from stay with a hearing set for July 17, 2018 at 11:30 a.m. It is my understanding and belief that at the hearing on June 19, 2018, the Court continued the hearing on Cardenas' motion for relief from stay to July 17, 2018 at 11:30 a.m. conditioned on the Debtor making an adequate protection payment of $6,249.30 to Cardenas no later than July 1, 2018. To date, Cardenas has not received any payment from the Debtor as mandated by the Court. The debt against the Real Property totals in excess of $3,454,000 with the monthly mortgage payment to BofI accruing at $21,430.64. Based on the Debtor's failure to make the adequate protection payment to Cardenas by July

1, 2018, Cardenas requests this Court enter its order granting relief from stay to Cardenas.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this    day of July, 2018, at Rancho Cucamonga, California.

*/s/ Nefertiti Long*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
924 Anacapa Street, Suite 1M, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF DEBTOR'S FAILURE TO MAKE ADEQUATE PROTECTION PAYMENT AND REQUEST FOR ENTRY OF ORDER GRANTING CARDENAS THREE LLC RELIEF FROM THE AUTOMATIC STAY; DECLARATIONS OF KAREN L. GRANT; NEFERTITI LONG IN SUPPORT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/6/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Karen L Grant**   kgrant@silcom.com
- **Coby Halavais**   coby@halavaislaw.com
- **Sejal Parmar**   sparmar2@aissolution.com
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/6/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/6/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/6/2018 | Karen L. Grant | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Service List
In re Corp Realty USA LLC
9:18-bk-10741-DS

Corp Realty USA LLC
9663 Santa Monica Blvd., #590
Beverly Hills, CA 90210

BofI Federal Bank
Attn: Gregory Garrabants, CEO
4350 La Jolla Village Dr., Ste 140
San Diego, CA 92122

Ventura County Tax Collector
800 South Victoria Avenue
Ventura, CA 93009

Edgard A. Meinhardt Iturbe
Reinaldo E. Gonzalez Suarez
9663 Santa Monica Blvd. #590
Beverly Hills, CA 90210

Franchise Tax Board
Bankruptcy Section MS:A-340
P.O. Box 3952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE