THE TUROCI FIRM
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
888-332-8362 Telephone
866-762-0618 Facsimile
mail@theturocifirm.com

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re:

CORP REALTY USA, LLC,

        Debtor-in-Possession.

)
) Chapter 11
) Case No. 9:18-bk-10741DS
)
) **DEBTOR'S OPPOSITION TO NOTICE OF DEBTOR'S FAILURE TO MAKE ADEQUATE PROTECTION PAYMENT AND REQUEST FOR ENTRY OF ORDER GRANTING CARDENAS THREE, LLC RELIEF FROM AUTOMATIC STAY**
)
) **Continued Hearing:**
)  DATE:  July 17, 2018
)  TIME:  11:30 a.m.
)  CTRM:  201
)            US Bankruptcy Court
)            1415 State Street
)            Santa Barbara, CA 93101
)

Corp Realty USA, LLC, the debtor and debtor-in-possession ("Debtor") in the above-reference case, hereby files an opposition to the Notice of Debtor's Failure to Make Adequate Protection Payment and Request for Entry of Order Relief from Stay filed by Cardenas Three, LLC ("Movant") on July 6, 2018 [Docket No. 35].

    Movant's notice is untimely and unwarranted. At the hearing on June 19th, this Court did not order that the July 1st payment had to be paid by July 1st. Rather, the Court ordered that adequate protection payments were to start with the July 1st payment.

    Additionally, this Court never ordered Movant to submit a notice and upload an order if that payment was not made.

    Furthermore, Debtor has paid its July adequate protection payment. The check was mailed to Movant's counsel by overnight mail on July 9, 2018. A true and correct copy of the check is attached hereto as Exhibit A.

    Movant's request for entry of order granting relief from automatic stay should be denied. The request was brought prematurely – Debtor is not delinquent on its adequate protection payments. Further, Debtor has approximately $6 million in equity in the Property, its major asset, so Movant is adequately protected. See Debtor's Appraisal Report in Support of its Opposition to Motion for Relief from Automatic Stay [Docket No. 31].

Dated: 7.10.18

THE TUROCI FIRM

By: _____
Todd Turoci
Julie Philippi
Attorneys for Debtor

# DECLARATION OF JULIE PHILIPPI

I, Julie Philippi, declare and state:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

2. I am an attorney at law duly admitted to practice in the State of California and before all courts in the state. I am employed by The Turoci Firm (the "Firm"), located at 3845 Tenth Street, Riverside, California 92501.

3. The Firm is general counsel for Corp Realty USA, LLC (the "Debtor").

4. On June 19, 2018, I attended the hearing on the motion for relief brought by Cardenas Three, LLC. My recollection was that Debtor had to pay the July 1st payment pursuant to the terms of the contract, which includes the grace period.

5. The continuance was not continued upon payment but failure to pay would result in relief being granted at the continued hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7-10-18

Julie Philippi

# DECLARATION OF EDGARD MEINHARDT

I, Edgard Meinhardt, declare and state as follows:

1. I am a managing member of Corp Realty USA, LLC the debtor herein. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto.

2. Pursuant to the Promissory Note the mortgage payments due to Cardenas Three are due on the first day of each month with a fifteen-day grace period. I assumed that grace period applied to the July payment, and I was going to pay it the week before July 15th.

3. On July 9, 2018, I sent a payment of $6,249.30 to Movant's counsel by overnight mail. The payment has already been received by movant's counsel. A true and correct copy of the check mailed is attached hereto as Exhibit A.

4. The Plan of Reorganization and Disclosure Statement should be filed within 30 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 10, 2018

Edgard Meinhardt

**CORP REALTY USA, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #18-31644
10936 PACIFIC VIEW DRIVE
MALIBU, CA 90265

1002

16-7038/3220

DATE July 6, 2018

PAY TO THE ORDER OF  Cardenas Three LLC    $ 6,249.30

Six-Thousand-Two-Hundred-Forty-Nine-with-30/100 ———— DOLLARS

EAST WEST BANK
9378 WILSHIRE BLVD SUITE 100
BEVERLY HILLS, CA 90212

Interest July 1, 2018

AUTHORIZED SIGNATURE

⑈00100⑈  ⑆ ⑆  ⑈

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO NOTICE OF DEBTOR'S FAILURE TO MAKE ADEQUATE PROTECTION PAYMENT AND REQUEST FOR ENTRY OF ORDER GRANTING CARDENAS THREE, LLC RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/10/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey D Cawdrey    jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Coby Halavais    coby@halavaislaw.com
- Sejal Parmar    sparmar2@aissolution.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **07/10/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/10/2018 | Daisy Diaz | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE