| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE TUROCI FIRM<br>Todd Turoci (State Bar No. 160059)<br>Julie Philippi (State Bar No. 166108)<br>3845 Tenth Street<br>Riverside, CA 92501<br>Tel: (888) 332-8362<br>Fax: (866) 762-0618<br>mail@theturocifirm.com<br>julie@theturocifirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>CORP REALTY USA, LLC,<br><br><br>Debtor(s). | CASE NO.: 9:18-bk-10741DS<br>CHAPTER: 11<br><br>**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>**[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information:** ☐ See attached page for information on additional applicants
   a. Name of Applicant *(specify):* The Turoci Firm
   b. Amount of fees requested: $ 40,680.00
   c. Amount of costs requested: $ 889.82
   d. Period covered by Application *(specify):* May 11, 2018 - October 15, 2018
   e. Address of Applicant *(specify):* 3845 Tenth Street, Riverside, CA 92501
   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. Hearing Date 12/18/2018    Time 1:30 pm    Courtroom 201    Floor 2
   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 1415 State Street, Santa Barbara, CA 93101

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 1    F 2016-1.1.NOTICE.HEARING.APP.FEES

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: 10/22/18

The Turoci Firm
Print name of law firm

_____
Signature

Todd Turoci
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                  Page 2                    F 2016-1.1.NOTICE.HEARING.APP.FEES

Main Document    Page 3 of 4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION; AND DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **10/22/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey D Cawdrey    jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Coby Halavais    coby@halavaislaw.com
- Sejal Parmar    sparmar2@aissolution.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) **10/22/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 10/22/2018 | Dana Cormey | /s/ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

# Service List
## In re Corp Realty USA, LLC
## 9:18-bk-10741-DS

**Secured Creditors**
BOFI Federal Bank
Attn. Gregory Garrabrants, CEO
4350 La Jolla Village Dr., Ste. 140
San Diego, CA 92122

Cardenas Three, LLC
Attn. Lupe Cardenas, Member
12223 Highland Ave., Ste. 106-553
Rancho Cucamonga, CA 91739

Cardenas Three, LLC
Attn. Jesus & Lupe Cardenas, Owners
2501 East Guasti Road
Ontario, CA 91761

Darren Paul Trone
Law Office of Darren P. Trone, APC
3838 Orange Street
Riverside, CA 92501

Ventura County Tax Collector
800 South Victoria Avenue
Ventura, CA 93009

**20 Largest Unsecured Creditors**
None

**Other Unsecured Creditors**
Edgard A. Meinhardt Iturbe and
Reinaldo E. Gonzalez Suarez
9663 Santa Monica Blvd., #590
Beverly Hills, CA 90210

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 3952
Sacramento, CA 95812-2952

Internal Revenue Service
Official Noticing Address for BK
POB 7346
Philadelphia, PA 19101-7346

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE